# Court of Appeals
# of the State of Georgia

ATLANTA,___July 23, 2013_____

*The Court of Appeals hereby passes the following order:*

## A13A1907.  SCHWARTZ v. HERRERA.

Appellant, acting pro se, has filed a "Motion to Transfer Probate Court Documents" and a second "Motion to Expedite Discovery."  Appellant apparently seeks to include a number of documents in the record on appeal, and we will therefore treat these pleadings as motions to supplement the record under Court of Appeals Rule 41 (c).  After reviewing the record on appeal, it is not possible for this court to determine the documents which properly form part of the record or those documents upon which the trial court relied in reaching its decision.  The trial court is better situated than this court to make such a determination.

Accordingly, this case is REMANDED to the Probate Court of DeKalb County so that the trial court may enter its findings with respect to the supplementation of the record, including its reasons for including or excluding the material complained of.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, 07/23/2013_____
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


_____ , *Clerk.*